∃⊥∃⊥ ⊦⊥⊐⊥⊙⊦⊢ ‖ ∃⊙∃⊙⊙⊙∃∃

Bonnie Jean Gonzales
*In Propria Personam*
3792 Tudor Way SE
Albany, OR 97322
541-219-0692
orlandoandbonnie@comcast.net

    Plaintiff

Orlando Gonzales
*In Propria Personam*
3792 Tudor Way SE
Albany, OR 97322
541-219-0692
orlandoandbonnie@comcast.net

    Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| BONNIE JEAN GONZALES and ORLANDO GONZALES, | ) ) |
| Plaintiffs, | ) No. _10 - 3118 - PA_ ) ) |
| | ) COMPLAINT ) |
| | ) Action at Law for ) Violation of Civil |
| vs. | ) Rights ) |
| | ) **Jury Trial Demanded** ) |

**Page 1** - COMPLAINT   Jury Trial Demanded

'20000 5902

LEROY HITE, JEFFREY KAMP, PAUL      )
HAVEL, and the CITY OF LAKEVIEW,    )
a political subdivision of the      )
State of Oregon,                    )
                                    )
                                    )
        Defendants.                 )

Plaintiffs allege:

1.

This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S. C. §1331 as an action arising under the laws of the United States, to wit: 42 U.S.C. §§1983 and 1988, and has supplemental jurisdiction over claims arising under the laws of the State of Oregon which claims are based on the same facts as those alleged in the plaintiffs' Federal law claims.

2.

At all material times, plaintiffs were citizens of the State of Oregon and of the United States and residing in Lakeview, Lake County, Oregon, and were vested with rights secured to them by the 14th Amendment of the Constitution of the United States not to be deprived of their liberty without due process of law and not to be subjected to unreasonable seizure of their persons.

3.

At all material times the City of Lakeview was and is a municipal corporation chartered and existing pursuant to the laws of the State of Oregon as a political subdivision thereof, situated in Lake County, Oregon. At all material times defendants Hite and Kamp were police officers employed by defendant City of Lakeview. At all material times defendant Paul Havel was a deputy sheriff employed by Lake County.

FIRST CLAIM FOR RELIEF - 42 USC §1983/1988 CLAIMS

Count I - 4th Amendment

4.

**Page 2 -** COMPLAINT   Jury Trial Demanded

On or about October 30, 2008, defendants, acting in concert and under color of law, seized the person of plaintiff Bonnie Jean Gonzales absent warrant or probable cause to believe that she had committed any crime.  The said unreasonable seizure caused plaintiff Bonnie Jean Gonzales to suffer noneconomic damage in the sum of $50,000,

5.

The unreasonable seizure of plaintiff Bonnie Jean Gonzales by defendants Hite and Kamp was willful, intentional, and undertaken in wanton indifference to plaintiff's rights secured by the Fourth Amendment of the Constitution of the United States and plaintiff is thereby entitled to recover of defendants Hite and Kamp, and each of them, punitive damages in the sum of $20,000.

Count II - 14th Amendment

6.

From on or about October 30, 2008 through the present time, defendants acting under color of law have conspired to deprive, the plaintiffs of their liberty to live and cohabit together as husband and wife, in violation of the plaintiff's rights secured by the 14th Amendment of the Constitution of the United States, to the noneconomic damage of each of the plaintiffs in the sum of $100,000.

Count III -Attorney Fees

7.

Plaintiffs anticipate requiring professional legal services to prosecute their claims herein, and upon prevailing will therefore be entitled to recover of defendants their reasonable attorney fees pursuant to 42 USC §1988.

SECOND CLAIM FOR RELIEF - OREGON LAW CLAIMS

8.

Plaintiff Bonnie Gonzales gave timely notice of her claims herein pursuant to ORS 30.275.

Count I- IEED

9.

Plaintiff Bonnie Gonzales hereby realleges paragraphs 1 through 4 hereinabove as if the same were alleged verbatim herein.

10.

Defendant City of Lakeview, by and through its agents and officers, intentionally caused plaintiff to suffer extreme emotional distress, by means of conduct that was outrageous and beyond the bounds of social toleration, to her noneconomic damage in the sum of $100,000.

Count II - False Arrest

11.

On October 30, 2008, defendant City of Lakeview, by and throughy its agents and officers, falsely arrested plaintiff, to her noneconimic damage in the sum of $50,000.

WHEREFORE, plaintiffs pray for trial of their foregoing claims by a jury and for judgment against defendants for all remedies alleged herein.

Dated: Oct 26 2010

Bonnie Jean Gonzales
BONNIE JEAN GONZALES

ORLANDO GONZALES

**Page 4 -** COMPLAINT   Jury Trial Demanded