AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| BONNIE JEAN GONZALES and ORLANDO GONZALES<br><br>*Plaintiff*<br><br>v.<br><br>LEROY HITE, JEFFREY KAMP, PAUL HAVEL, and the CITY OF LAKEVIEW<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  1:10-CV-3118-PA<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE CITY OF LAKEVIEW, a political subdivision of the State of Oregon, by and through its Town Manager, Ray Simms

TOWN HALL
525 north 1sr Street
LAKEVIEW, OREGON. 97630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bonnie Jean Gonzales and Orlando Gonzales
3792 Tudor Way SE
Albany, OR 97322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

Date: 2/16/11

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
#### for the

District of Oregon

| | |
|---|---|
| BONNIE JEAN GONZALES and ORLANDO GONZALES <br> *Plaintiff* <br><br> v. <br><br> LEROY HITE, JEFFREY KAMP, PAUL HAVEL, and the CITY OF LAKEVIEW <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:10-CV-3118-PA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFFREY KAMP

*LAKEVIEW POLICE DEPT*
*245 F. Street*
*LAKEVIEW, Oregon 97630.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bonnie Jen Gonzales and Orlando Gonzales
3792 Tudor Way SE
Albany, OR 97322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

Date: 2/16/11

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| BONNIE JEAN GONZALES and ORLANDO GONZALES <br> *Plaintiff* <br><br> v. <br><br> LEROY HITE, JEFFREY KAMP, PAUL HAVEL, and the CITY OF LAKEVIEW <br> *Defendant* | ) ) ) ) ) ) ) ) <br><br> Civil Action No.   1:10-CV-3118-PA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAUL HAVEL

LAKE CO, COURT HOUSE
513 CENTER ST.
LAKEVIEW, OREGON 97630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bonnie Jean Gonzales and Orlando Gonzales
3792 Tudor Way SE
Albany, OR 97322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN

*CLERK OF COURT*

Date: 2/16/11

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| BONNIE JEAN GONZALES and ORLANDO GONZALES | ) |
| *Plaintiff* | ) ) |
| v. | )    Civil Action No.  1:10-CV-3118-PA |
| LEROY HITE, JEFFREY KAMP, PAUL HAVEL, and the CITY OF LAKEVIEW | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEROY HITE

Lakeview Police Dept.
245 F. Street
Lakeview, Oregon 97630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bonnie Jen Gonzales and Orlando Gonzales
3792 Tudor Way SE
Albany, OR 97322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN

*CLERK OF COURT*

Date: __2/16/11__                _____
*Signature of Clerk or Deputy Clerk*